UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AHMED ALI NASSAR,

    Petitioner,

v.    Case No. 2:05-cv-80
    HON. R. ALLAN EDGAR

ROBIN BAKER,

    Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS **ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket #12) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Respondent's motion to dismiss (Docket #7) is **DENIED**. Petitioner's request to amend the petition to name the Sheriff of Chippewa County as respondent is **GRANTED**.


Dated: *November 16, 2005*                          /s/  *R. Allan Edgar*
                                                                             R. ALLAN EDGAR
                                                                             UNITED STATES DISTRICT JUDGE